June 27, 2009

Mr. Robert B. Gilbreath
Hawkins, Parnell & Thackston, LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, TX 75205

Mr. Edward Jason Dennis
Lynn Tillotson & Pinker & Cox, L.L.P.
2100 Ross Ave, Suite 2700
Dallas, TX 75201
Honorable Gena Nicole Slaughter
191st District Court Dallas County
600 Commerce Street, 7th Floor
Dallas, TX 75202

Mr. Michael Carter Crow
Fulbright & Jaworski, LLP
1301 Mckinney St. Ste. 5100
Houston, TX 77010-3031

RE: Case Number: 09-0520
 Court of Appeals Number: 05-09-00609-CV
 Trial Court Number: DC-08-03836

Style: IN RE COY REECE

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed order in the
above referenced-case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures
|cc:|Sheriff Lupe |
| |Valdez |
| |Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |
| |Ms. Louise Pearson|